```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALAN R. MCGLADE,                                                 :
                                                                 :
                            Plaintiff,                           :
                                                                 :              22-cv-4637 (LJL)
            -v-                                                  :
                                                                 :                  ORDER
MMA GLOBAL HOLDINGS, CORP.,                                      :
FLX MEDIA, INC., EAGLE FC, INC., MMAx LLC,                       :
ELIOT TAWIL, AKHMED G. BILALOV, and MAXIM                        :
V. FINSKIY,                                                      :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

LEWIS J. LIMAN, United States District Judge:

The parties in this matter have reached a settlement in principle. Dkt. Nos. 55, 57. The case was brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Under current Second Circuit law, any settlement must be scrutinized by the Court to ensure that it is fair. *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

The parties are directed to appear telephonically for a settlement approval hearing on **April 19, 2023, at 2:00 p.m.** Plaintiff shall appear at the hearing. The parties are directed to dial (888) 251-2909 and use the access code 2123101.

Any pending motions are DISMISSED as moot.

SO ORDERED.

Dated: March 27, 2023
       New York, New York                          _____
                                                          LEWIS J. LIMAN
                                                       United States District Judge